# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## DOCUMENT REJECTION ORDER

RE:   US vs. TERRENCE EDWARDS

CASE NUMBER: 5:03-CR-0243-003

Papers Rejected: Document dated March 29, 2009.

**ORDERED** that the enclosed papers in the above titled action have been rejected and returned herewith by the Court, for the following reasons listed below

1. Any motion shall be filed in accordance with Criminal Local Rule 12.1.

2. Papers cannot be filed without some indication that they have been served on your opponent(s) or their attorney(s). See Local Rule 5.1(a). The Clerk's Office will not forward copies of your papers to opposing counsel.

3. The clerk has been directed to return this document without filing by Order of the court.


IT SO ORDERED,

Norman A. Mordue
Chief United States District Court Judge

DATED: May 7, 2009

Note: A copy of this Order has been served upon the parties to this action.

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY -7 2009
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse